IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDGAR LEE WARREN,

      Plaintiff,                      No. CIV S-08-1681 KJM P

    vs.

BUTTE COUNTY JAIL,              ORDER AND

      Defendant.            FINDINGS & RECOMMENDATIONS

_____/

         Plaintiff is a prisoner proceeding with an action under 42 U.S.C. § 1983. While the plaintiff's application to proceed in forma pauperis was pending, the plaintiff moved for an extension of time in which to file another complaint (see docket no. 15). The court later granted the application but dismissed the complaint and gave plaintiff thirty days in which to file an amended complaint (see docket no. 17). That order was served on plaintiff's address of record and returned by the postal service. It appears that plaintiff has failed to comply with Local Rule 83-182(f), which requires that a party appearing in propria persona inform the court of any address change.

         Accordingly, IT IS HEREBY ORDERED that:

         1. The motion for extension of time (docket no. 15) is denied as moot; and

         2. The Clerk of the Court assign this case to a district judge.

1

1   IT IS HEREBY RECOMMENDED that this action be dismissed for plaintiff's
2 failure to keep the court apprised of his current address.  <u>See</u> Local Rules 83-182(f) and 11-110.
3   These findings and recommendations are submitted to the United States District
4 Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty
5 days after being served with these findings and recommendations, plaintiff may file written
6 objections with the court.  The document should be captioned "Objections to Magistrate Judge's
7 Findings and Recommendations."  Plaintiff is advised that failure to file objections within the
8 specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951
9 F.2d 1153 (9th Cir. 1991).
10 DATED: July 13, 2009.

_____
U.S. MAGISTRATE JUDGE

4
warr1681.33a